LINDA C. SIKKING v. SELECTED RISKS
INSURANCE COMPANY.

July 7, 1987.

Petition for certification denied. (See 217 *N.J.Super.* 569)

STATE OF NEW JERSEY v. VINCENT BAKER.

July 7, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ESTELLE COLEMAN.

July 7, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS BUDDIE CAPPIE.

July 7, 1987.

Petition for certification denied.